UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-83-FDW

| | |
|---|---|
| MARCUS ANTOINE WILSON, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| MARTA M. KALINSKI, FNU JOHNSON, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's "Motion on Federal Rule 26(f)" and for Appointment of Counsel, (Doc. No. 8), filed on May 2, 2014. Plaintiff's motions will be denied as moot because this action was dismissed by Order of this Court dated April 14, 2014. See (Doc. Nos. 6; 7).

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion on Federal Rule 26(f) and for Appointment of Counsel, (Doc. No. 8), are both **DENIED** as moot.

Signed: May 5, 2014

Frank D. Whitney
Chief United States District Judge

-1-